Cesar Alejandro Martinez BR7255
Name and Prisoner/Booking Number

Delano State Prison
Place of Confinement

Facility D6 Bld, ASU cell 226L
Mailing Address

Delano CA 93216
City, State, Zip Code

FILED
Jul 06, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Cesar Alejandro Martinez
(Full Name of Plaintiff) Plaintiff,

v.

(1) Martin Brandon
(Full Name of Defendant)
(2) Other officers. YCPD (police)
(3) Castillo (guard) Sutter County Jail staff
(4) _____
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-1161-DB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Yuba City Ca

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: __Martin Brandon__. The first Defendant is employed as: __Police officer__ at __Yuba City Police Department__.
   (Position and Title)                                        (Institution)

2. Name of second Defendant: __Other officers__. The second Defendant is employed as: __Police officers__ at __Yuba City Police Department__.
   (Position and Title)                                        (Institution)

3. Name of third Defendant: __Sutter County jail officers__. The third Defendant is employed as: __jail officers__ at __Sutter County jail, CA__.
   (Position and Title)                                        (Institution)

4. Name of fourth Defendant: __Castillo__. The fourth Defendant is employed as: __Sutter County jail guard__ at __Sutter County jail Yuba City, CA__.
   (Position and Title)                                        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Excessive force by an officers. On body cams, handcuffed, no resistance hands on my head.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I put my hands on my head then they grabbed my head slammed it to the pavement. Then proceeded to hit me in the back with no reason. I think their racist. I'm mexican-american. Theres no need for that. They've been caught under oath lying second to last case. Sutter County Jail never brought me information with their supposed investigation. An Id'd officer said he'd look into it. I heard the actual officer in the back crying the "Martin Branden". That's not normal procedure. I was arrested because he had a scratch on his hand from assaulting me pretty much. When I asked why I was bein arrested. Ridiculous. They need an medium sit to stop this behavior in my hometown. Theres body cam Case #CRM22-0000155 footage of when I was arrested. Rodney Kinzed pretty much. So's you understand the quality of trouble. My working man right arm is Injured. I'm right handed. Jeopardizes myself working for my life sakes.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   They slammed my head to the pavement. Then beat my spine shoulder breaking my collar bone. Wanting too.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I had an plain clothes officer video record me with my story and didn't recieve information from his investigation (Bogus)

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: They have an inercom where you get writeups for talking using it to talk!

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Freedom of Speech

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   They give everyone threats of writeups for speaking to themselves threw the inercom. An two way radeo. Very rude sadistic. Talking when I talk to make me mad. Writup threats. Very evil Draconic place. Sutter County jail. I managed to not get any writeups. And gave them grievances as many as I could. They only allow two an month and then aggravate you when they know you've made yours. limit. Retaliations definitly is the way and had furtheance of the grievance process. I had an officer brining me to Delano making false statements about me to the prison staff and COZ'd it to stop any Dominoe type issue here at Delano prison, the grievance system. Everybody there has gotten writups for using it, and I know that's wrong has no place in our society and should all of them prisoners be checked for their Unconstitutional writeups upon themselves. Awful. Please help with this this is very bad thing to come out of an country town where I was born. I think it's being ruined intentionally. ~~the~~ the whole of them officers & jail people. In my opinion. attorney Yuba City CA (YCPD) ~~Williams Davis Feex~~ Case #CRM22-0000155

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My freedom of speech. Limited Grievances. Indanger. interrogations with persons there dot.. interview. Seeing to my grievances at Sutter County C. Not letting me talk and threating myself with writeups. Emotional Distress

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. They had more issues where I couldn't even talk. To many grievances to look at. Didn't let me and badgered thieated to use inercom

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: Didn't let me file charges on an white assailant instead punishing myself.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [ ] Basic necessities
   - [x] Disciplinary proceedings
   - [ ] Excessive force by an officer
   - [ ] Mail
   - [ ] Property
   - [x] Threat to safety
   - [ ] Access to the court
   - [ ] Exercise of religion
   - [ ] Other: _____
   - [ ] Medical care
   - [ ] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was assaulted then I was punished. Wasn't allowed to file charges. Srgnt Olson then told me I was the one who assaulted himself like give me a break. Also it would be better for myself If I encountered himself to have some type of report beforehand. In the street I mean. Endangering myself. Caught on video In "I block". "Castillo" didn't let me file charges initially put me in trouble, messed with my freedom of speech talking when I spoke sadistically. County police gaurd, sutter county jail Yuba City CA Not letting he file charges on assault by white racist. Gaurd "Castillo" covering it up for hisself another racist gaurd there. Discriminated myself. Awful occurance dn't wnt this to happen to inmates this doesn't happen in America.

   Case # CRM22-0000155

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Emotional distress. Putting me endanger in the street for not filling charges on an white assaulter. Caught on camera. Told "Castillo" right away. Sutter County jail

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim III? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim III to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: I want Head & shoulder spine injury moderate compensation (money). Also for Emotional distress for harrassment, for themselves to stop pursuein my persicution by police officers hispanic aswell, Sutter county jail Harrassment to take moderate comensation aswell. From unconstitutional behavior putting me endangers. Emotional distress aswell with my freedom of speech on their intercom. Bad precident furtherance uncapitalist.

$200,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4·26·22__
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.