UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALEJANDRO MARTINEZ, | No. 2:22-cv-1161 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| MARTIN BRANDON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that police officers used excessive force, retaliated, and discriminated against him in violation of his constitutional rights.

On April 20, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 16.) Plaintiff has not filed objections to the findings and recommendations. Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 20, 2023, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: June 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mart1161.800

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/mart1161.f&r.fta